

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, | § | No. 08-22-00217-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 368th Judicial District Court |
| v. | | |
| | § | of Williamson County, Texas |
| BRENT EDWARD WEBSTER, | | |
| | § | (TC# 22-0594-C368) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore we reverse the trial court's judgment and remand for further proceedings consistent with this opinion.

We further order that Appellants recover from Appellee the costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF JULY, 2023.


YVONNE T. RODRIGUEZ, Chief Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.
Soto, J., concurring without separate opinion